IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE E. HAGGERTY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**JEFF LYNCH, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-1248 KJM AC P<br><br>[PROPOSED] ORDER |

Good cause appearing, Defendants Arther, Black, Liddell, Sullivan, and Uribe's request to extend the deadline to opt out of the settlement conference and to extend the ADR stay by sixty days (ECF No. 27) is GRANTED. Defendants may file a request to opt out no later than March 24, 2023, and the ADR stay is extended up to, and including June 20, 2023.

**IT IS SO ORDERED.**

DATED: January 10, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE