UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY, | No. 2:21-cv-1248 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed December 23, 2022, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 23. The settlement conference took place on June 29, 2023, and the case did not settle. ECF No. 36.

Accordingly, IT IS HEREBY ORDERED that:

1. The ADR stay of this action, commencing December 23, 2022 (ECF No. 23), is LIFTED.

2. Within twenty-one days of the filing of this order, defendants shall file a response to the first amended complaint (ECF No. 15).

DATED: July 5, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE