UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY,<br>        Plaintiff,<br>v.<br>JEFF LYNCH, et al.,<br>        Defendants.<br>_____/ | No. 2:21-cv-1248 DJC AC P<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

    Lee E. Haggerty, CDCR # AX-7155, a necessary and material participant in a settlement conference in this case on September 27, 2024, is confined in Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Chief Magistrate Judge Carolyn K. Delaney, by Zoom video conference from his place of confinement, on Friday, September 27, 2024 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at Kern Valley State Prison at (661) 720-4949 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Lisa Kennison, Courtroom Deputy, at lkennison@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Delaney at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 1, 2024

                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE