UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFF LYNCH, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1248 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a motion for ADA assistance during his upcoming settlement conference.  ECF No. 50.  He states that he struggles with reading and writing comprehension and requests that he be permitted to have another inmate, who is an assigned ADA worker, assist him during his settlement conference.  Id.

　　　　Plaintiff will be appearing at the settlement conference by Zoom video conference and will therefore be able to have verbal, rather than written, communication with the settlement conference judge.  Since plaintiff's asserted disability relates to his ability to read and write, it does not appear that assistance will be required at the settlement conference.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for ADA assistance (ECF No. 50) is DENIED.

DATED: August 28, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE