UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE E. HAGGERTY, | No. 2:21-cv-1248 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a thirty-day extension of time but does not identify the deadline he seeks to enlarge. ECF No. 56. By order filed October 3, 2024, the undersigned set a schedule for the completion of expert discovery and the submission of pretrial statements. ECF No. 54. The deadline to serve expert disclosures was January 2, 2025, and expert discovery ends on February 3, 2025. Id. at 4. It is unclear how either deadline would be affected by plaintiff's alleged inability to access the law library. Moreover, plaintiff currently has until March 20, 2025, to submit his pretrial statement and any motions necessary to obtain the attendance of an incarcerated witness, making any request to extend those deadlines premature.

////
////
////
////

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time
2  (ECF No. 56) is DENIED without prejudice to a motion that identifies the deadline he seeks to
3  extend.
4  DATED: January 21, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE