IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE E. HAGGERTY,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**JEFF LYNCH, et al.,**<br><br>                              Defendants. | Case No. 2:21-cv-1248 DJC AC P<br><br>[PROPOSED] ORDER |

Defendants request to strike the erroneously filed deposition transcript at ECF No. 62-1. Good cause having been shown, the request (ECF No. 63) is **GRANTED**. The deposition transcript (ECF No. 62-1) shall be stricken from the public docket.

**IT IS SO ORDERED.**

DATED: April 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE